1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel
3  Social Security Administration
   SARAH RYAN
4  Special Assistant U.S. Attorney
   333 Market Street, Suite 1500
5  San Francisco, CA 94105
   Telephone: (415) 977-8978
6  Fax: (415) 744-0134

7  Attorneys for Defendant

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10                              SACRAMENTO DIVISION

11
12  JULIE LITTLEFIELD obo,           )
        MINOR CHILD, P.Y.,           )   Case No. 2:08-CV-01501-GGH
                                     )
13              Plaintiff,           )   STIPULATION AND
                                     )   ORDER FOR DEFENDANT'S FIRST
14         v.                        )   EXTENSION OF TIME TO RESPOND
                                     )   TO PLAINTIFF'S MOTION FOR
15                                   )   SUMMARY JUDGMENT;
                                     )   ORDER GRANTING EXTENSION OF
16  MICHAEL J. ASTRUE,               )   TIME
    Commissioner of Social           )
17  Security,                        )
                                     )
18              Defendant.           )
    _____    )
19

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of

21  the attached Order, that Defendant shall have a first extension of time of 30 days to respond to

22  Plaintiff's motion for summary judgment. The requested extension is necessary to permit the

23  undersigned Special Assistant United States Attorney, attorney of record for Defendant, to confer

24  further with her client regarding the issues and merits of this case. The current due date is March 14,

25  2009. The requested new due date will be April 14, 2009.

26  //

27

28

1 | If granted, all other dates in the Court's Scheduling Order will be extended accordingly.
2 | Respectfully submitted,

Dated: March 11, 2009

*/s/ John V. Johnson*
JOHN V. JOHNSON
(Signature authorized by telephone)
Attorney for Plaintiff

Dated: March 11, 2009

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS

/s/*Sarah Ryan*
SARAH RYAN
Special Assistant U.S. Attorney

Attorneys for Defendant

**IT IS SO ORDERED:**

Dated: March 12, 2009

/s/ Gregory G. Hollows

THE HON. GREGORY G. HOLLOWS
United States Magistrate Judge

littlefield.eot