1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SARAH RYAN
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8978
       Facsimile: (415) 744-0134
7      E-Mail: sarah.ryan@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE LITTLEFIELD o/b/o,<br>P.Y., a MINOR CHILD,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | NO. 2:08-CV-1501-GGH<br><br>STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

The parties have agreed that the Appeals Council will direct a new Administrative Law Judge ("ALJ") to: 1) obtain medical expert evidence regarding the child's limitations in the six childhood domains during the period from January 1, 2003 to January 1, 2006; 2) specify that the findings pertain the period before January 1, 2006; and 3) provide adequate rational for the rejection of the subjection claims of the child and his mother. In doing so, the ALJ will be directed to apply the guidelines from Social Security Rulings 09-1p to 09-8p, Functional Equivalence in Title XVI Childhood Disability Claims.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: April 21, 2007

/s/ *John V. Johnson*
(As authorized via e-mail)
JOHN V. JOHNSON
Attorney for Plaintiff

Dated: April 20, 2006

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Sarah Ryan*
SARAH RYAN
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: April 22, 2009

/s/ Gregory G. Hollows

THE HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

littlefield.rem